```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A98-0006--CR (HRH)
              "USA V DUANE BYRON FIELDS JR"
               DEF 1.1 FIELDS, DUANE BYRON JR.
```

Including terminated defendants, excluding terminated counsel

```
     Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  01/22/98
             Closed:  09/24/98
  No. of Defendants:  1
      MJ Case Number:
                AKA:
    Location status:  U.S. Custody
         Trial date:  07/20/98
         Terminated:  YES
  Needs interpreter:  NO
   Counsel of record: Duane Byron Fields Jr
                     Pro Per: 13474-006
                     POB 019001
                     Atwater, CA 95301
                     Serve: YES
                      Type: Waived or Self
                      Role: 2255 Motion


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:   David A. Nesbett
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Appeal


Counts re: DEF 1.1 FIELDS, DUANE BYRON JR.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:924(c) USING OR CARRYING A FIREARM IN RELATION TO DRUG TRAFFICKING (F) | Sentenced (88-1) |
| 1 - 1 IND | 2 | 21:841(a)(1) POSSESSION OF MARIJUANA WITH INTENT TO DISTRIBUTE (F) | Sentenced (88-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CRIMINAL DOCKET ENTRIES FOR CASE A98-0006--CR (HRH)
                  "USA V DUANE BYRON FIELDS JR"

                       For all filing dates
```

Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
          Filed: 01/22/98
         Closed: 09/24/98
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 01/22/98 | Issued WOA: as to Duane Byron Fields, Jr. |
| 1 - 1 | 01/22/98 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 01/23/98 | [Re: DEF 1] AHB Grand Jury Minutes; indictment secret; warrant or arrest to be issued. |
| 3 - 1 | 01/28/98 | [Re: DEF 1] Financial Affidavit. |
| 4 - 1 | 01/28/98 | [Re: DEF 1] AHB Order of Detention Pending Hearing; det hrg set 1/30/98 at 2:00 p.m.  cc USA, M. Smith, PO, USM. |
| 5 - 1 | 01/28/98 | [Re: DEF 1] JDR Order regarding preparation for trial; ptms due 2/11/98. cc USA, M. Smith. |
| 6 - 1 | 01/28/98 | [Re: DEF 1] JDR Minute Order that det hrg is reset to 10:30 a.m., 1/30/98.  cc USA, M. Smith, PO, USM. |
| 7 - 1 | 01/28/98 | [Re: DEF 1] Return of WOA; executed 1/26/98. |
| NOTE - 2 | 01/29/98 | Issued: Notice re: Speedy Trial. |
| 8 - 1 | 01/29/98 | [Re: DEF 1] JDR Court Minutes [ECR: Roy Van Hollebeke] arr on indictment (hld 1/27/98); def plead not guilty; fpd to appt M. Smith as cja atty; ptms due 2/11/98; def detained. |
| 9 - 1 | 02/02/98 | [Re: DEF 1] JDR Court Minutes [ECR: Bonnie Boyer] re detent hrg (held 1/30/98); detention in A98-006CR uncontested; Detention moot in A98-007CR. cc: USA, M. Smith, USM, USPO. |
| 10 - 1 | 02/02/98 | [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, M. Smith, USM, USPO. |
| 11 - 1 | 02/02/98 | [Re: DEF 1] CJA appointment of Michael R. Smith. |
| 12 - 1 | 02/04/98 | [Re: DEF 1] HRH Order setting trial by jury for 3/3/98 at 9:00 a.m.. cc: USA, M. Smith, USM, PTS, Jury Clerk, MJ Roberts. |
| 13 - 1 | 02/09/98 | [Re: DEF 1] PLF 1 Certification of discovery conference. |
| 14 - 1 | 02/11/98 | DEF 1 motion to suppress evidence. |
| 15 - 1 | 02/11/98 | DEF 1 motion to suppress. |
| 15 - 2 | 02/11/98 | DEF 1 motion to dismiss the indictment. |
| 16 - 1 | 02/11/98 | [Re: DEF 1] Unopposed Motion to enlarge time to file motions under rule 7,12,13,14,15,16,17,7.1 and 41 till 2/17/98. |

Case 3:98-cr-00006-HRH-JDR  Document 121  Filed 01/22/1998  Page 3 of 10

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A98-0006--CR (HRH)
"USA V DUANE BYRON FIELDS JR"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 17 | 1 | 02/12/98 | [Re: DEF 1] JDR Minute Order GRANTING 16-1, except as to disc mots; ptms now due cob 2/17/98.  cc USA, M. Smith. |
| 18 | 1 | 02/17/98 | [Re: DEF 1] PLF 1 Unopposed Motion to put companion cases before one trial judge. |
| 19 | 1 | 02/17/98 | [Re: DEF 1] PLF 1 Unopposed Motion for enlargement of time until 2/24/98 to respond to defs mot to suppress w/att declaration. |
| 19 | 2 | 02/18/98 | [Re: DEF 1] JDR Order granting #19-1. cc:USA, M. Smith. |
| 20 | 1 | 02/19/98 | [Re: DEF 1] Stipulation/Certification of discovery. |
| 21 | 1 | 02/23/98 | DEF 1 motion (ex parte) and memorandum on shortened time for investigation services. |
| 18 | 2 | 02/24/98 | [Re: DEF 1] HRH Order granting #18.  cc:  USA, USM, PTS, M. Smith, MJ Roberts, Judge Singleton, A98-007CR |
| 22 | 1 | 02/24/98 | [Re: DEF 1] HRH Minute Order dir A98-007CR be reassigned to HRH; FPTC set for 2-26-98, 8:30 am in both cases.  cc:  USA, USM, PTS, M. Smith, MJ Roberts, Judge Singleton, A98-007CR |
| 23 | 1 | 02/24/98 | [Re: DEF 1]  Unopposed Motion to continue trial. |
| 24 | 1 | 02/24/98 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress evidence. (14-1), DEF 1 motion to suppress. (15-1), DEF 1 motion to dismiss the indictment. (15-2). |
| 25 | 1 | 02/25/98 | [Re: DEF 1] JDR Minute Order granting in part motion and memorandum on shortened time for investigation services (21-1). cc: M. Smith, FPD. |
| 26 | 1 | 02/26/98 | [Re: DEF 1] JDR Minute Order re evident hrg re #14 & 15-1 is set for 3/9/98 at 10:00 a.m. cc: USA, M. Smith, USM, USPO. |
| 27 | 1 | 02/26/98 | [Re: DEF 1] HRH Court Minutes [ECR: Linda Christensen] Final Pretrial Conference [held 2/26/98]; motion to continue trial till 4/13/898 is granted; trial in case # A98-7CR [HRH] to follow trial in case A98-006CR [HRH]. cc:USA, M. Smith, USA, PO, MJ Roberts, JC |
| 28 | 1 | 03/10/98 | [Re: DEF 1] HRH Court Minutes [ECR: Bonnie Boyer] of evidentiary hearing re: defendant's motions to suppress (dkt 14 and dkt 15) held 3/9/98; def to submit suppl briefing by 3/16/98; plf to submit optional response by 3/23/98; court to issue R&R; w/att exhibit and witness list. cc:USA, M. Smith |
| 29 | 1 | 03/18/98 | [Re: DEF 1] Transcript of evidentiary hearing re:def's mots to suppress held 3/9/98 (located in folder after file). |
| 30 | 1 | 03/18/98 | DEF 1 Unopposed Motion to file late supplemental memorandum, w/att'd orig supp memo. |
| 31 | 1 | 03/19/98 | [Re: DEF 1] JDR Order grant def's unopposed mot to file late supp memo to def's mot to suppress evidence. cc: USA, M. Smith |
| 32 | 1 | 03/19/98 | DEF 1 Supplement memo in support re: DEF 1 motion to suppress evidence. (14-1), DEF 1 motion to suppress (15-1). |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A98-0006--CR (HRH)
                              "USA V DUANE BYRON FIELDS JR"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 33 - 1 | 03/26/98 | Initial R&R re: DEF 1 motion to suppress evidence (14-1). Recommended be denied. Objections due 04/03/98. Reply due NOON 04/07/98. cc: USA, M. Smith, Judge Holland |
| 33 - 2 | 03/26/98 | Initial R&R re: DEF 1 motion to suppress (15-1). Recommended be denied. Objections due 04/03/98. Reply due NOON 04/07/98. cc: USA, M. Smith, Judge Holland |
| 33 - 3 | 03/26/98 | Initial R&R re: DEF 1 motion to dismiss the indictment (15-2). Recommended be denied. Objections due 04/03/98. Reply due NOON 04/07/98. cc: USA, M. Smith, Judge Holland |
| 34 - 1 | 04/03/98 | [Re: DEF 1] PLF 1 motion (request) for modification of proposed findings of fact on motions to suppress & dismiss (dkts 14-1, 15-1 & 15-2). |
| 35 - 1 | 04/03/98 | DEF 1 objection to R&R re: DEF 1 motion to suppress evidence. (14-1), DEF 1 motion to suppress. (15-1), DEF 1 motion to dismiss the indictment. (15-2). |
| 36 - 1 | 04/06/98 | [Re: DEF 1] PLF 1 Trial Brief. |
| 37 - 1 | 04/07/98 | Final R&R re: DEF 1 motion to suppress evidence. (14-1) Def's objections to the R/R should be rejected. The Initial R/R w/modifications suggested hearing should be followed & the motion should be denied. cc: USA, M. Smith, Judge Holland |
| 37 - 2 | 04/07/98 | Final R&R re: DEF 1 motion to suppress. (15-1) The def's objections to the R/R should be rejected; the Initial R/R w/modifications suggested herein should be followed & the motion should be denied. cc: USA, M. Smith, Judge Holland |
| 37 - 3 | 04/07/98 | Final R&R re: DEF 1 motion to dismiss the indictment. (15-2) The def's objections to the R/R should be rejected; the Initial R/R w/modifications suggested herein should be followed & the motion should be denied. cc: USA, M. Smith, Judge Holland |
| 37 - 4 | 04/07/98 | [Re: DEF 1] JDR Order granting motion (request) for modification of proposed findings of fact on motions (34-1). cc: USA, M. Smith |
| 38 - 1 | 04/07/98 | DEF 1 Defendant's questions for the Court's general Voir Dire of the jury. |
| 39 - 1 | 04/07/98 | DEF 1 Trial Brief. |
| 40 - 1 | 04/07/98 | DEF 1 Proposed Voir Dire questions. |
| 41 - 1 | 04/07/98 | [Re: DEF 1] PLF 1 Jury Instructions. |
| 42 - 1 | 04/08/98 | [Re: DEF 1] HRH Order denying motion to suppress evidence (14-1), motion to suppress (15-1), motion to dismiss the indictment (15-2). cc: USA, M. Smith, MJ Roberts |
| 43 - 1 | 04/08/98 | DEF 1 motion and memorandum in limine for protective order. |
| 44 - 1 | 04/10/98 | [Re: DEF 1] HRH Minute Order reassigning trial only to Judge Fitzgerald. cc: USA, M. Smith, PTS, USM, MJ Roberts, JC, Judge Fitzgerald |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A98-0006--CR (HRH)
                                "USA V DUANE BYRON FIELDS JR"

                                     For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 45 - 1 | 04/10/98 | [Re: DEF 1] PLF 1 conditional non-opposition to DEF 1 motion and memorandum in limine for protective order (43-1). |
| 46 - 1 | 04/10/98 | [Re: DEF 1] HRH Order granting motion and memorandum in limine for protective order (43-1). cc: USA, M. Smith |
| NOTE - 3 | 04/13/98 | Issued: ex parte writ of Habeas Corpus Ad Testificandum re: Danny Richards. |
| 47 - 1 | 04/13/98 | DEF 1 Application for writ of Habeas Corpus Ad Testificandum. |
| 48 - 1 | 04/13/98 | DEF 1 Jury Instructions. |
| NOTE - 4 | 04/14/98 | Issued: exparte writ of habeas corpus ad testificandum re:Dalen Johnson. |
| 49 - 1 | 04/14/98 | [Re: DEF 1] JMF Court Minutes [ECR: Jennifer Gamble] of TBJ, Day 1 held 4/13/98; application for writ ad testificandum filed and issued; jury selected; government's oral mot to invoke the witness exclusionary granted; court to reconvene 4/14/98 at 9:00 a.m.; jury to return at 1:30 p.m. w/att jury panel record. cc: USA, M. Smith |
| 50 - 1 | 04/14/98 | Application for writ of H/C Ad Testificandum re:Dalen Johnson. |
| 50 - 2 | 04/14/98 | JMF Order granting 50-1. cc:M. Smith, USM |
| NOTE - 5 | 04/15/98 | Issued: ex parte writ of habeas corpus ad testificandum re:Yvonne Gray. |
| 51 - 1 | 04/15/98 | Ex Parte Application for writ of H/C Ad Testificandum re:Yvonne Gray. |
| 51 - 2 | 04/15/98 | JMF Order granting dkt #51-1. cc:M. Smith, USM |
| 52 - 1 | 04/15/98 | [Re: DEF 1] JMF Court Minutes [ECR: Bonnie Boyer] TBJ held 4/14/98; witnesses heard; court granted governments mot to exclude Mr. Richard's statements; def exh A is to be filed under seal; court recessed until 4/15/98 at 9:00 a.m.. |
| 53 - 1 | 04/16/98 | [Re: DEF 1] JMF Court Minutes [ECR: Bonnie Boyer/Jennifer Gamble] of TBJ day 3 [held 04/15/98]: Ex parte application for writ of H/C Ad Testificandum filed; writ issued. Crt & cnsl heard re: tape recording; redacted copy of transcript to be provided to the jury panel; original transcript to be filed under seal. Crt recessed until Thurs., 04/16/98 at 8:30 a.m. with cnsl only. |
| 54 - 1 | 04/16/98 | [Re: DEF 1] Clerk's Notice changing judge for case. cc: USA, M. Smith, Judge Fitzgerald |
| 55 - 1 | 04/17/98 | [Re: DEF 1] JMF Court Minutes [ECR: Bonnie Boyer] TBJ- Day 4 [held 4/16/98] crt/cnsl hrd def oral motion for jmt of acquittal as to cts 1 & 2 denied; def oral motion to reconsider the testimony of D. Richards, denied;def oral motion that Mr. Richards be granted immunity; denied; renewed oral motion for jmt of acquittal denied; court denied granting immunity to D. Richards; crt rejeted the 5th amendment privilege to D. Richards;jury to deliberate between the hours of 9am and 4:30pm; original and redacted copy of plf's exhibit A filed under seal. cc:USA, M. Smith, USM, PO |

Case 3:98-cr-00006-HRH-JDR Document 121 Filed 01/22/1998 Page 6 of 10
```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A98-0006--CR (HRH)
                         "USA V DUANE BYRON FIELDS JR"
```
For all filing dates

```
Document #   Filed      Docket text

   56 -  1   04/20/98   DEF 1 Affidavit re:agree to have Charlie Coe present for jury verdict in
                        the event that Michael Smith is unavailable.

   57 -  1   04/20/98   Return of writ of habeas corpus ad testificandum re: Danny Richards
                        executed on 4/13/98 and 4/14/98.

   58 -  1   04/20/98   Return of writ of habeas corpus ad testificandum re:Dalen Johnson
                        executed on 4/14/98.

   59 -  1   04/20/98   [Re: DEF 1] JMF Court Minutes [ECR: Bonnie Boyer] of TBJ - Day 5 held
                        4/17/98; court and counsel heard re: jury note; court directed clerk to
                        playback requested portion; playback conducted; court recessed.

   60 -  1   04/21/98   [Re: DEF 1] JMF Court Minutes [ECR: Bonnie Boyer] of TBJ - Day 6 held
                        4/17/98; court and counsel heard re:jury notes; verdict published and
                        filed; def found GUILTY as to Count 2; retrial on Count 1 scheduled for
                        4/28/98 w/att witness and exh list and jury notes. cc:USA, M. Smith,
                        USM, PO

   61 -  1   04/21/98   [Re: DEF 1] Jury Instructions.

   62 -  1   04/21/98   [Re: DEF 1] Verdict of GUILTY as to Count 2.

   63 -  1   04/21/98   [Re: DEF 1] JMF Minute Order setting IOS for 7/20/98 at 9:00 a.m..
                        cc:USA, M. Smith, USM, PO

   64 -  1   04/21/98   [Re: DEF 1] PLF 1 Notice of intent to proceed in seperate cases.

   65 -  1   04/22/98   [Re: DEF 1] JMF Minute Order; TBJ on Count 1 previously set for 4/28/98
                        is now set for 4/27/98 at 9:00 a.m.. cc:USA, M. Smith, USM, PTS, Jury
                        Clerk, MJ Roberts

   66 -  1   04/27/98   Return of writ of habeas corpus ad testificandum re:Yvonne Gray executed
                        4/16/98.

   67 -  1   04/27/98   DEF 1 Memorandum.

   68 -  1   04/27/98   Ex parte Application for writ of H/C Ad Testificandum re:Dalen Johnson.

   68 -  2   04/27/98   JMF Order granting dkt 68-1. cc:M. Smith, USM

 NOTE -  6   04/28/98   Issued: ex parte writ of habeas corpus ad testificandum re: Dalen
                        Johnson.

   69 -  1   04/29/98   [Re: DEF 1] Trial Stipulations w/att exh.

   70 -  1   04/30/98   Return of ex parte writ of H/C ad testificandum on 04/28 & 04/98/1998 re
                        Dalen Johnson.

   71 -  1   05/04/98   [Re: DEF 1] JMF Court Minutes [ECR: Bonnie Boyer] of TBJ - Day 1 held
                        4/27/98; various oral motions denied; jury selected; indictment read;
                        witnesses testified; court recessed until 4/28/98 at 9:00 a.m. w/att
                        jury panel record.

   72 -  1   05/04/98   [Re: DEF 1] JMF Court Minutes [ECR: Bonnie Boyer] of TBJ held 4/28/98;
                        witnesses testified; court to reconvene 4/29/98 at 8:30 a.m. with cnsl
                        only; jury panel to report at 9:00 a.m..
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A98-0006--CR (HRH)
                             "USA V DUANE BYRON FIELDS JR"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 73 - 1 | 05/04/98 | [Re: DEF 1] JMF Court Minutes [ECR: Linda Christensen] of TBJ held 4/29/98; court and cnsl heard re: jury view of vehicle; oral mots denied; jury deliberations; verdict published; def found guilty as to Count 1 of the indictment; IOS to be scheduled for same date and time as previously set re:Count 2; def remanded to custody w/att list of exhs and witnesses. |
| 74 - 1 | 05/04/98 | [Re: DEF 1] Jury Instructions. |
| 75 - 1 | 05/04/98 | [Re: DEF 1] Verdict; guilty as charged in Count 1 of the indictment. |
| 76 - 1 | 05/05/98 | [Re: DEF 1] JMF Minute Order setting IOS on Count 1 for the same date and time as Count 2; that date is 7/20/98 at 9:00 a.m.. cc:USA, M. Smith, USM, PO |
| 77 - 1 | 05/06/98 | [Re: DEF 1] Volume II, Partial transcript of trial by jury - 2nd day held 4/14/98. |
| 78 - 1 | 05/06/98 | [Re: DEF 1] Volume III, Partial Transcript of trial by jury - 3rd day held 4/15/98. |
| 79 - 1 | 05/06/98 | [Re: DEF 1] Volume IV, Partial Transcript of trial by jury - 4th day held 4/16/98. |
| 80 - 1 | 06/12/98 | [Re: DEF 1] Certified Cpy of HRH Order in A98-0007CR[HRH] that crt/cnsl hrd re: sentencing this matter, crt to issue order regarding matter. cc:Judge Fitzgerald |
| 81 - 1 | 06/16/98 | [Re: DEF 1] HRH Minute Order re: IOS set before Holland at 8:30 a.m. 9/10/98 concurrent w/IOS in A98-007CR. cc: USA, M. Smith, USM, USPO, Judge Fitzgerald |
| 82 - 1 | 08/17/98 | [Re: DEF 1] HRH Order vacating IOS set for 9/10/98 and resetting for 9/23/98 at 8:30 a.m.. cc:USA, M. Smith, USM, PO |
| 83 - 1 | 08/26/98 | DEF 1 motion to enlarge time to respond to the presentence report. |
| 84 - 1 | 08/28/98 | [Re: DEF 1] HRH Minute Order granting motion to enlarge time to respond to the presentence report (83-1); def shall file his repsonse on or before 9/4/98. cc:USA, Smith, PO, USM |
| 85 - 1 | 09/16/98 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 86 - 1 | 09/18/98 | DEF 1 Sentencing Memorandum. |
| 87 - 1 | 09/23/98 | [Re: DEF 1] JMF Court Minutes [ECR: Jennifer Gamble] of IOS held 9/23/98; 156 months imprisonment; term consists of 60 months on Count 2 in A98-06CR and 96 months on Count 1 of A98-07CR; special conditions; $200.00 special assessment. cc:USA, M. Smith, USM, PO |
| 88 - 1 | 09/24/98 | [Re: DEF 1] HRH Judgment: DEF found guilty on counts 1 & 2 of the Indictment; imprisoned for 156 months; this term consists of 60 months on cout 2 in case A98-6 CR & a term of 96 months on count 1 in A98-7 CR; these sentences to run concurrently. As to case A98-6 CR on count 1, the DEF is committed to the custody of the BPO for a term of imprisonment of 60 months which 60 month term is to run consecutively w/the sentences imposed as to count 2 in case A98-6 CR & count 1 in case A98-7 Cr for a total term of 156 monnths; supervised release 3 yrs on ea of the counts |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A98-0006--CR (HRH)
                              "USA V DUANE BYRON FIELDS JR"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | in case no. A98-6 CR & A98-07 CR to run concurrently; special assessment $200.00.  cc: USA, M. Smith, D. Fields w/cnsl copy, Judge Fitzgerald, MJ Roberts, USM, PO, FINANCE, CARMEN |
| 89 - 1 | 10/01/98 | DEF 1 appeal to 9CCA of (88-1) filed 09/24/98. cc:cnsl, Judge, US Marshal, 9CCA 98-30293 |
| 90 - 1 | 10/19/98 | [Re: DEF 1] Copy of 9CCA Time Schedule Order.  98-30293.  cc: cnsl, Judge Holland, ECR, 9CCA (orig). |
| 91 - 1 | 10/20/98 | [Re: DEF 1] Transcript [partial] re: IOS [held 9/23/98]. |
| 92 - 1 | 12/22/98 | [Re: DEF 1] Copy of Order from 9CCA consolidating appeals 98-30292 & 98-30293; relieving Michael Smith as appointed cnsl & substituting Brady Johnson as retained cnsl; granting mtn to retain pauper status which automatically entitles appellant to production of transcripts at government expense.  cc: ECR.  98-30293 & 98-30292. |
| 93 - 1 | 01/14/99 | DEF 1 Transcript Designation.  cc: ECR w/Order Form & CJA 24. |
| 94 - 1 | 02/24/99 | [Re: DEF 1] Partial Transcript of TBJ (Vol 1) - 1st day 04/13/98.  [In brown expanding file behind case file.] |
| 95 - 1 | 02/24/99 | [Re: DEF 1] Partial Transcript of TBJ (Vol 2) - 2nd day 04/14/98.  [In brown expanding file behind case file.] |
| 96 - 1 | 02/24/99 | [Re: DEF 1] Partial Transcript of TBJ (Vol 3) - 3rd Day 04/15/98.  [In brown expanding file behind case file.] |
| 97 - 1 | 02/24/99 | [Re: DEF 1] Partial Transcript of TBJ (Vol 4) - 4th day 04/16/9i.  [In brown expanding file behind case file.] |
| 98 - 1 | 02/24/99 | [Re: DEF 1] Transcript of TBJ (Vol 5) - 5th Day 04/17/98.  [In brown expanding file behind case file.] |
| 99 - 1 | 02/24/99 | [Re: DEF 1] Transcript of TBJ (Vol 6) - 6th Day 04/20/98.  [In brown expanding file behind case file.] |
| 100 - 1 | 02/24/99 | [Re: DEF 1] Partial Transcript of TBJ (Vol 1) - 1st day 04/27/98.  [In brown expanding file behind case file.] |
| 101 - 1 | 02/24/99 | [Re: DEF 1] Transcript of TBJ (Vol 2) - 2nd day 04/28/98.  [In brown expanding file behind case file.] |
| 102 - 1 | 02/24/99 | [Re: DEF 1] Partial Transcript of TBJ (Vol 3) - 3rd day 04/29/98.  [In brown expanding file behind case file.] |
| 103 - 1 | 02/24/99 | [Re: DEF 1] cy 9CCA Certificate of Record.  cc: cnsl, 9CCA (orig). 98-30293 & 98-30292. |
| 104 - 1 | 02/26/99 | [Re: DEF 1] Copy 2 of CJA 24 re authorization & voucher for payment of transcript in the amount of $2,733.00 |
| 105 - 1 | 04/09/99 | Return of subpoenas in a CR case. |
| 106 - 1 | 04/09/99 | Return of subpoenas in a CR case. |
| 107 - 1 | 09/12/00 | [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (89-1) that the district court's decision is AFFIRMED.  cc: cnsl, Judge Holland |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A98-0006--CR (HRH)
                              "USA V DUANE BYRON FIELDS JR"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 108 - 1 | 01/18/05 | DEF 1 motion for delayed or successive 28:2255 vacate, set aside correct. |
| 109 - 1 | 02/04/05 | [Re: DEF 1] HRH Order to Show Cause; def to show by 3/10/05 that 2255 mot has been timely filed or that there is some basis for equitable tolling; or mot must be denied; clerk to send def Notice re: statute of limitations, USDCA 40, CJA 23, Notice of Intent to proceed w/o cnsl & pro se hand book w/order; notice of voluntary dismissal/request for crt appointed cnsl or notice of intent to proceed w/o cnsl due 3/10/05. cc: USA, Def (w/Notice re: statute of limitations, USDCA 40, CJA 23, Notice of Intent to proceed w/o cnsl & pro se hand book) |
| 110 - 1 | 02/25/05 | DEF 1 Notice re statute of limitations re: DEF 1 motion for delayed or successive 28:2255 vacate, set aside correct (108-1). |
| 111 - 1 | 03/09/05 | [Re: DEF 1] HRH Order denying/dismissing mot for delayed or successive 28:2255 vacate, set aside correct (108-1). cc: USA, D. Fields, PSLC |
| 112 - 1 | 03/09/05 | [Re: DEF 1] HRH Judgment dismissing w/o prej appl for post-conviction relief under 28 U.S.C. 2255. cc: USA, D. Fields, PSLC |
| 112A- 1 | 03/22/05 | DEF 1 (this petition for application to file a second or successive mot under 28:2255 is to be filed as an appeal pursuant to Order from 9CCA dkt # 119) appeal to 9CCA of (111-1) filed 03/09/05, (112-1) 03/09/05 w/att exhs. cc: USA, D. Fields Jr., Judge Holland, 9CCA |
| 113 - 1 | 04/12/05 | DEF 1 motion for appointment of counsel. |
| 114 - 1 | 04/12/05 | DEF 1 motion pursuant to 3582(c)(2) for sentence reduction pursuant to subsequent change in the sentencing guidelines. |
| 115 - 1 | 04/22/05 | [Re: DEF 1] HRH Order denying mot pursuant to 3582(c)(2) for sentence reduction pursuant to subsequent change (114-1); terminating in light of this ord: mot for appt of cnsl (113-1). cc: USA, D. Fields, PSLC |
| 116 - 1 | 05/02/05 | DEF 1 appeal to 9CCA of (111-1) filed 03/09/05, (112-1) filed 03/09/05, (115-1) filed 04/22/05. cc: USA, D. Fields, Judge Holland, 9CCA |
| NOTE - 7 | 05/09/05 | Transmittal: Forwarded notice of appeal (116-1) to 9CCA. |
| 117 - 1 | 05/09/05 | [Re: DEF 1] Order by USDC denying certificate of appealability re: (116-1) cc: USA, D. Fields, Judge Holland, 9CCA |
| 118 - 1 | 05/09/05 | [Re: DEF 1] cy 9CCA Certificate of Record. (116-1) cc: USA, D. Fields, 9CCA (original), Judge Holland |
| 119 - 1 | 05/25/05 | [Re: DEF 1] Copy of Order from 9CCA that the petition to file a second or successive 28:2255 mot, filed on 3/22/05, as a notice of appeal from the district court's order dismissing w/p prejudice petitioner's mot to file a 2255 mot in that court. The Clerk shall therefore send the petition to the district court as a notice of appeal filed on 3/22/05. cc: D. Fields, Jr., USA, Judge Holland |
| NOTE - 8 | 06/07/05 | Transmittal: Forwarded notice of appeal (112A-1) to 9CCA. |
| NOTE - 9 | 06/07/05 | Transmittal: Forwarded D.C. record to 9CCA consisting of 3 vols, 3 expandos w/ transcripts dkt # 29, 77-79, 94-102 and 1 vol (civil) |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A98-0006--CR (HRH)
                                "USA V DUANE BYRON FIELDS JR"

                                     For all filing dates


Document #    Filed       Docket text
----------    -----       -----------
  120 -   1   06/07/05    [Re: DEF 1] Order by USDC denying certificate of appealability re:
                          (112A-1) cc:USA, D. Fields Jr., Judge Holland, 9CCA

  121 -   1   06/07/05    [Re: DEF 1] cy 9CCA Certificate of Record. (112A-1) cc: USA, D. Fields
                          Jr., Judge Holland, 9CCA (original)
```